JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA TORRES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDUARDO RUBALCABA, UNITED STATES OF AMERICA ET AL.,<br><br>　　　　　Defendants. | CV 11-10146 RSWL (FFMx)<br><br>**ORDER DISMISSING ACTION** |

　　On September 20, 2012, the Court issued an Order to Show Cause as to why Plaintiff Rosa Torres' ("Plaintiff") case should not be dismissed for lack of prosecution [12]. The Court ordered Plaintiff to respond by October 4, 2012. On October 9, 2012, Plaintiff's attorney filed a declaration explaining that he discovered on October 2, 2012, that service had been erroneously effected upon the clerk of the City of Los Angeles, instead of the civil-process clerk at the United States attorney's office as required under Federal Rule of Civil Procedure 4(i), which sets forth

1

1  procedures for serving the United States [13].
2  Plaintiff's attorney states in his declaration that
3  after discovering the mistake, service was immediately
4  made upon the civil-process clerk of the U.S.
5  attorney's office.  Plaintiff filed proofs of service
6  with the Court on October 9, 2012 [14].
7     Pursuant to Federal Rule of Civil Procedure 4(m),
8  Plaintiff had 120 days after filing the complaint to
9  serve the summons and complaint on all defendants.
10 Fed. R. Civ. P. 4(m).  The Complaint was filed on
11 December 7, 2011.  Therefore, Plaintiff was required to
12 serve all defendants by April 5, 2012.  The Court has
13 reviewed the proofs of service filed with the Court on
14 October 9, 2012.  The proofs of service indicate that
15 Plaintiff served the Office of the City Clerk of Los
16 Angeles.  Plaintiff has not demonstrated that the
17 civil-process clerk of the U.S. attorney's office has
18 been properly served.  Also, Plaintiff effected service
19 more than six months past the April 5, 2012, deadline.
20    Accordingly, the Court hereby dismisses this Action
21 without prejudice for lack of prosecution.

**IT IS SO ORDERED.**
DATED: October 18, 2012

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge